STATE OF NEW JERSEY v. WALTER BUTTERFIELD.

May 30, 1979. Petition for certification denied.

JOSEPH GERBA v. BOARD OF TRUSTEES OF THE PUBLIC
EMPLOYEES' RETIREMENT SYSTEM.

May 30, 1979. Petition for certification granted.

PAUL S. HSIANG v. BOARD OF REVIEW, DEPARTMENT OF
LABOR AND INDUSTRY.

May 30, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK D. AMMIANO.

May 30, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY SIMPSON.

May 30, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN CARTER.

May 30, 1979. Petition for certification denied.